OSCN Found Document:REINSTATEMENT OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 REINSTATEMENT OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
2015 OK 14
Decided: 03/23/2015
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2015 OK 14, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT RELEASED FOR PUBLICATION. 

RE: Reinstatement of Certificates of Certified Shorthand Reporters

ORDER

The Oklahoma Board of Examiners of Certified Shorthand Reporters has recommended to the Supreme Court of the State of Oklahoma that the certificate of each of the Oklahoma Certified Shorthand Court Reporters named below be reinstated as these reporters have complied with the continuing education requirements for calendar year 2014 and/or with the annual certificate renewal requirements for 2015, and have paid all applicable penalty fees.

IT IS HEREBY ORDERED that, pursuant to 20 O.S., Chapter 20, App. 1, Rules 20 and 23, the certificates of the following court reporters are reinstated from the suspension earlier imposed by this Court:

 
 
 
 Name & CSR #
 
 
 Effective Date of Reinstatement
 
 
 
 
 Laurie C. Johnson, CSR #1437
 
 
 March 4, 2015
 
 
 

 

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 23rd day of March, 2015.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.

 





 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.